Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY -6 PM 3:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BARBARA L. BROWN, an individual,

vs

LEGAL RECOVERY LAW OFFICES, INC., a California Corporation; and JOHN AND JANE DOES 1 through 25 inclusive,

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0818 DMS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michelle Van Dyke, Esq.
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. PARIS

By _____ , Deputy Clerk

MAY 06 2008
DATE

Summons in a Civil Action                                   Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)