Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BARBARA L. BROWN, an individual,

**vs**

LEGAL RECOVERY LAW OFFICES,
INC., a California Corporation; and
JOHN AND JANE DOES 1 through
25 inclusive,

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0818 DMS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Michelle Van Dyke, Esq.
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

MAY 06 2008

W. Samuel Hamrick, Jr.
CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/87)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 MAY 16 PH 3: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BARBARA L. BROWN, an individual,

vs

LEGAL RECOVERY LAW OFFICES,
INC., a California Corporation; and
JOHN AND JANE DOES 1 through
25 inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0818 DMS BLM

TO: (Name and Address of Defendant)

LEGAL RECOVERY LAW OFFICES, INC.
In c/o: Rick Sitter
5266 Belardo Drive
San Diego, CA 92124

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michelle Van Dyke, Esq.
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 06 2008

W. Samuel Hamrick, Jr.                                    DATE

CLERK

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>SHEWRY & VAN DYKE<br>402 WEST BROADWAY, SUITE 950<br>SAN DIEGO, CA 92101<br><br>TELEPHONE NO.*(Optional)*  (619) 233-8824 FAX NO.*(Optional)*(619) 233-1002<br>EMAIL ADDRESS*(Optional)*:<br>ATTORNEY FOR*(Name)*: | **FOR COURT USE ONLY** |
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 880 FRONT STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: | |

| | |
|---|---|
| PLAINTIFF/PETITIONER:   BROWN<br><br>DEFENDANT/RESPONDENT:   LEGAL RECOVERY | CASE NUMBER:<br>08CV0818DMSBLM |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.<br>00S46731-01/206775 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents)*:
   SUMMONS AND COMPLAINT;

3. a. Party Served: *(specify name of party as shown on the documents served)*:
   LEGAL RECOVERY LAW OFFICES, INC.

   b. Person Served: other *(specify name and relationship to party named in item 3a)*:
   RICK SITTER, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:          5030 CAMINO DE LA SIESTA, #340
                                                SAN DIEGO, CA 92108

5. I served the party *(check proper box)*
   b. **by substituted service**. On (date):May 23, 2008 at (time): 01:05 pm I left the documents listed in item 2 with
   or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   ASHLEE SEAT, PERSON IN CHARGE

Physical Description:

| AGE: | *32* | HAIR: | *BRN* | HEIGHT: | *5'* | RACE: | *CAUC* |
|---|---|---|---|---|---|---|---|
| SEX: | *F* | EYES: | | WEIGHT: | *125* | | |

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
       of the person to be served. I informed him or her of the general nature of the papers.
   (4) a declaration of mailing is attached
   (5) I attach a declaration of diligence stating actions taken first to attempt  personal service.

**PROOF OF SERVICE OF SUMMONS**

31Z/00S46731-01

| PETITIONER: BROWN | CASE NUMBER: |
|---|---|
| RESPONDENT: LEGAL RECOVERY | 08CV0818DMSBLM |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    under the following Code of Civil Procedure section:
       [XX] 416.10 (corporation)

7. **Person who served papers**
  a. Name: MICHAEL J. CONNELL
  b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
  c. Telephone: (619) 299-2012
  d. *The fee* for service was: $    90.80
  e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR, EXPIRES 3/14/09
      (ii) Registration No.: 1199
      (iii) County : SAN DIEGO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    May 27, 2008

MICHAEL J. CONNELL
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,§ 417.10

31Z/00S46731-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SHEWRY & VAN DYKE<br>402 WEST BROADWAY, SUITE 950<br>SAN DIEGO, CA 92101 | (619) 233-8824 | |

REFERENCE NUMBER
00S46731-01

ATTORNEY FOR (NAME)

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
BROWN vs. LEGAL RECOVERY

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV0818DMSBLM |
|---|---|---|---|---|

I received the within process on May 8, 2008 and that after due and diligent effort I have been able to effect service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

Name:     LEGAL RECOVERY LAW OFFICES, INC.

Home:     5266 BELARDO DRIVE
          SAN DIEGO, CA 92124

Business: 5030 CAMINO DE LA SIESTA, #340
          SAN DIEGO, CA 92108

As enumerated below:

| | | |
|---|---|---|
| 05/09/08 | 09:25 am | NO ANSWER AT DOOR (RESIDENCE). |
| 05/13/08 | 08:00 pm | NO ANSWER AT DOOR. LIGHTS OFF INSIDE OF THE RESIDENCE. |
| 05/16/08 | 02:00 pm | NO ANSWER AT DOOR (RESIDENCE). |
| 05/19/08 | 08:00 am | NO ANSWER AT DOOR (RESIDENCE). |
| 05/23/08 | 01:05 pm | SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO NAMED DEFENDANT. |

Fee for service:   $  90.80

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . . . SAN DIEGO . . . . County,
     Number: . . . . . . 1199

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
(619)299-2012

321/00S46731-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . May 27, 2008 . . . . . . . . . ,
at: . . . . . . . . . . SAN DIEGO . . . . . , California.

Signature: _____

Name: MICHAEL J. CONNELL
Title: INDEPENDENT CONTRACTOR, EXPIRES 3/14/09

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>SHEWRY & VAN DYKE<br>402 WEST BROADWAY, SUITE 950<br>SAN DIEGO, CA 92101 | TELEPHONE NO.<br>(619) 233-8824 | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (NAME)

REFERENCE NUMBER
00S46731-01

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
BROWN vs. LEGAL RECOVERY

| DECLARATION OF MAILING | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV0818DMSBLM |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of San Diego, California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Avenue, #202, San Diego, CA 92103

On May 23, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
    SUMMONS AND COMPLAINT;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

**LEGAL RECOVERY LAW OFFICES, INC.**
**5030 CAMINO DE LA SIESTA, #340**
**SAN DIEGO, CA 92108**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on May 27, 2008 at        San Diego, California.

**Fee for service:**    $ 90.80

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|

[X]  Registered: . . . . . San Diego . . . . . County,        on: . . . . . . . . . May 27, 2008 . . . . . . . . . ,
     Number: . . . . . . . 1249 . . . . . . . .        at: . . . . . . . . . San Diego . . . . . . , California.

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**    Signature:
**(619)299-2012**

322/00S46731-01

Name: R. Mericle
Title: Employee