Michelle Van Dyke, Esq. (SBN 171477)
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101-8504
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Plaintiff BARBARA L. BROWN

# UNITED STATES DISTRICT COURT

## SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. BROWN, an individual, | CASE NO. 08CV0818 DMS BLM |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| LEGAL RECOVERY LAW OFFICES, INC., a California Corporation; and JOHN AND JANE DOES 1 through 25 inclusive, | District Judge: Dana M. Sabraw<br>Courtroom: 10<br>Magistrate Judge: Barbara Lynn Major |
| Defendants. | Courtroom: A |

**PLEASE TAKE NOTICE THAT** pursuant to *Fed. R. Civ. P.* 41(a), Plaintiff BARBARA BROWN (hereinafter "BROWN"), acting by and through her attorneys of record in this matter, Shewry & Van Dyke, LLP, the docket reflecting that no adverse party has appeared in the action, requests dismissal on the following terms:

1. That pursuant to a settlement between the parties, the parties agree that BROWN's action should be dismissed, **with prejudice**, in its entirety;

2. BROWN shall bear her own attorney fees and costs.

DATED: August 20, 2008                    SHEWRY & VAN DYKE, LLP

By  /s/ *Michelle L. Van Dyke /s/*
Michelle Van Dyke
Attorneys for Plaintiff BARBARA L. BROWN