**PROOF OF SERVICE**
Brown v. Legal Recovery Services, et al.
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
Case No. 08cv0818 DMS BLM

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action; my business address is 402 West Broadway, Suite 950, San Diego, California 92101.

On the date set forth below, I served the foregoing document described as **NOTICE OF DISMISSAL** to the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Mark D. Walsh, Esq.
LEGAL RECOVERY LAW OFFICES, INC.
4305 Gesner Street, Suite 116
San Diego, CA 92117
(800) 785-4001; Fax: (619) 275-4010
**Attorneys for LEGAL RECOVERY LAW OFFICES, INC.**

[X]    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FACSIMILE:** I personally sent to the addressee's telecopier number a true copy of the above-described document(s). Thereafter, I sent a true copy in a sealed envelope addressed and mailed as indicated above.

[ ]    **BY PERSONAL SERVICE:** By personally delivering true and correct copies thereof as stated on the service list.

[ ]    **BY OVERNIGHT DELIVERY:** I personally delivered such envelope to an overnight delivery service, marked for delivery as stated on the service list the next day.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 20, 2008 at San Diego, California.

*Sara Rico*
———————————————
Sara Rico

**PROOF OF SERVICE**